**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fairview Development Corp., et al.,   ) | No. CIV 07-0337-PHX-SMM |
| Plaintiffs,   ) | **ORDER** |
| v.   ) | |
| Aztex Custom Homebuilders, LLC, et al.,) | |
| Defendants.   ) | |

  Pending before the Court is the parties' Stipulation Regarding Alternate Service by E-Mail (Dkt. 13).  Pursuant to the parties' stipulation and good cause appearing,

  **IT IS HEREBY ORDERED PERMITTING** the parties to serve discovery, subpoenas and other non-filed documents on the other parties by e-mail in addition to any other method allowed under the Federal Rules of Civil Procedure. (Dkt. 13)  Such e-mail shall be sent to the following addresses:

//

//

//

| Parties | Lead Attorneys | E-mail Addresses For Service |
|---|---|---|
| Plaintiffs Fairview Development Corp, Katzin and | John Titus<br>Jason Bliss | jbliss@cavanaghlaw.com<br><br>jtitus@cavanaghlaw.com |
| Defendants Aztex Custom Homebuilders, Schmid | David R. Schwartz | das@udallshumway.com<br><br>kak@udallshumway.com |
| Defendant Town of Paradise Valley | C. Bradley Woodford | CBWoodford@LAWMS.COM |

Such service by e-mail shall be treated as service by regular mail for purposes of calculating time under Federal Rule of Civil Procedure 6. The parties may, by written notice to the other parties' counsel, change the e-mail addresses to which pleadings should be addressed.

DATED this 18th day of June, 2007.

Stephen M. McNamee
United States District Judge