**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fairview Development Corp., et al., | No. CIV 07-0337-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| Aztex Custom Homebuilders, LLC, et al., | |
| Defendants. | |

Upon Stipulation of all parties (Dkt. 16),

**IT IS HEREBY ORDERED** allowing Defendants Aztex Custom Homebuilders and David Schmid to file an Amended Answer to the First Amended Complaint to clarify and assert additional affirmative defenses.

DATED this 16th day of August, 2007.

Stephen M. McNamee
United States District Judge