**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fairview Development Corporation, et al., | No. CV-07-337-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| Aztex Custom Homebuilders, LLC, et al., | |
| Defendants. | |

The Court, having received the parties' Stipulation to Dismiss Defendant Town of Paradise Valley <u>Only</u> Without Prejudice (Dkt. 35), and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiffs' claims are dismissed without prejudice as to Defendant Town of Paradise Valley, each side to bear their own costs and fees.

DATED this 2nd day of November, 2007.

Stephen M. McNamee
United States District Judge