1    **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9    Fairview Development Corporation, et al.,)    No. CV-07-000337 -PHX-SMM
                                              )
10            Plaintiffs,                     )    **ORDER**
                                              )
11   v.                                       )
                                              )
12                                            )
     Aztex Custom Homebuilders, LLC, et al.,)
13                                            )
              Defendants.                     )
14                                            )
                                              )
15   _____)

16          Pending before the Court is Plaintiffs' Motion for Leave to File Second Amended

17   Complaint.  (Dkt. 38.)  Defendants filed notice that they have no objection to this motion.

18   (Dkt. 39.)  However, Plaintiffs failed to comply with Local Rule 15.1(b), which requires that

19   the party who moves to amend a pleading must lodge with the Clerk of the Court an original

20   of the proposed amended pleading.  LRCiv 15.1(b).  Compliance with the Local Rules is

21   important to the efficient adjudication of this matter, and facilitates the Court's and the

22   parties' access to information.  Therefore the Court will deny Plaintiffs' Motion without

23   prejudice and provide Plaintiff the opportunity to refile their motion in compliance with the

24   Local Rules.  Accordingly,

25   //

26   //

27   //

28   //

1      **IT IS HEREBY ORDERED** denying Plaintiff's Motion for Leave to File Second

2   Amended Complaint without prejudice.  (Dkt. 38.)

3          DATED this 20th day of November, 2007.

4

5

6                                        Stephen M. McNamee
                                       United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28