**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| FAIRVIEW DEVELOPMENT CORPORATION, an Arizona corporation; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AZTEX CUSTOM HOMEBUILDERS, LLC, an Arizona limited liability company; et al.,<br><br>Defendants. | NO. CV 07-00337 PHX SMM<br><br>ORDER |

Before the Court is the parties Stipulation for Extension of Defendant's Response to Plaintiff's First Request for Production of Documents (Dkt. 41). Good cause appearing,

**IT IS HEREBY ORDERED** granting Defendants Aztex Custom Homebuilders and David Schmid until **December 14, 2007** to respond to Plaintiffs' First Request for Production of Documents, dated October 18, 2007.

DATED this 21st day of November, 2007.

_____
Stephen M. McNamee
United States District Judge