**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fairview Development Corporation, et al., ) | No. CV-07-337 -PHX-SMM |
| Plaintiffs, ) | **ORDER** |
| v. ) | |
| Aztex Custom Homebuilders, LLC, et al., ) | |
| Defendants. ) | |

Pending before the Court is Plaintiffs' Amended Motion for Leave to File Second Amended Complaint. (Dkt. 42.) Defendants filed notice that they have no objection to this motion. (Dkt. 45.) The Court denied without prejudice Plaintiffs' first motion for leave to amend for failure to comply with the Local Rules. Plaintiffs' Amended Motion complies with the Local Rules and includes a lodged proposed amended pleading (Dkt. 43). Accordingly,

**IT IS HEREBY ORDERED** granting Plaintiff's Amended Motion for Leave to File Second Amended Complaint (Dkt. 42). The Clerk is directed to file the lodged proposed Second Amended Complaint (Dkt. 43).

DATED this 28th day of November, 2007.

Stephen M. McNamee
United States District Judge