**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Fairview Development Corporation, et al.,)     No. CV-07-337-PHX-SMM
                                          )
                    Plaintiffs,           )     **ORDER**
                                          )
v.                                        )
                                          )
Aztex Custom Homebuilders, LLC, et al.,)
                                          )
                    Defendants.           )
                                          )
_____)

Before the Court is the parties' Amended Joint Motion to Extend Discovery Completion and Dispositive Motion Deadlines (First Request) (Dkt. 68).[1]  The parties jointly request a forty-five day extension of the June 6, 2008 discovery deadline, and the July 11, 2008 dispositive motion deadline.  The parties assert that such extension is necessitated by non-party Chipley Luxury Homes, Inc.'s ("Chipley") response to a subpoena duces tecum.

Plaintiffs issued a subpoena duces tecum to Chipley on February 18, 2008.  On March 10, 2008, Chipley filed objections and moved to quash the subpoena duces tecum. The Court granted Plaintiffs' motion to compel on May 16, 2008, and ordered Chipley to respond to the subpoena.  Chipley produced 2,300 pages of documents on May 23, 2008.

_____

[1] The Amended Motion was submitted in order to provide a Proposed Form of Order as required by Local Rules 7.1(b)(3), 7.3(a).

1    The parties submit that Chipley's responsive documents contain substantial

2    documentation of the expenses associated with construction at the subject property at

3    issue in this case, and that discovery into the costs associated with the subject property is

4    necessary to address Plaintiffs' damages.  The parties agree that Chipley's production

5    necessitates additional damages discovery.  Good cause appearing,

6          **IT IS HEREBY ORDERED** granting the parties' Joint Motion to Extend

7    Discovery Completion and Dispositive Motion Deadlines (First Request) (Dkt. 68).

8          **IT IS FURTHER ORDERED** extending the deadline for completion of discovery

9    on this matter until **July 21, 2008**, and extending the dispositive motion deadline until

10   **August 22, 2008.**

11         DATED this 12th day of June, 2008.

Stephen M. McNamee
United States District Judge