**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fairview Development Corporation, et al., ) | No. CV-07-337-PHX-SMM |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| Aztex Custom Homebuilders, LLC, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

     Before the Court is the parties' Joint Motion to Extend Discovery Completion and Dispositive Motion Deadlines (Second Request) (Dkt. 73). The parties jointly request a second extension of the discovery and dispositive motion deadlines, currently set for July 21, 2008 and August 22, 2008, respectively. (See Dkt. 69, Order dated June 12, 2008.) The parties assert that such extension is necessitated by difficulties in scheduling the deposition of a corporate representative from non-party Chipley Luxury Homes, Inc. ("Chipley").

     The Court granted the parties' first request to extend the discovery and dispositive motion deadlines because documents submitted by Chipley necessitated additional damages discovery. (See Dkt. 69.) The parties now submit that a deposition of Chipley's representative was scheduled for July 7, 2008 but postponed at the request of Chipley's counsel. The parties further submit that scheduling difficulties caused the deposition to

1  be rescheduled for early August.  The Scheduling Order in this case stated the Court's
2  expectation that "each party will conduct discovery in such a manner as to complete,
3  within the deadline, any and all discovery."  (Dkt. 33, Order dated Sept. 25, 2007 2:25-
4  3:2.)  Despite this expectation, the parties scheduled the deposition of Chipley's
5  representative outside the deadline established by the Order granting the parties' first
6  request for extension and sought a second extension one business day before the
7  discovery deadline.  Nonetheless, the Court will grant the second request for extension in
8  the interests of justice and with the explicit notation that no further extensions will be
9  granted.  Accordingly,

10  **IT IS HEREBY ORDERED** granting the parties' Joint Motion to Extend
11  Discovery Completion and Dispositive Motion Deadlines (Second Request) (Dkt. 73).

12  **IT IS FURTHER ORDERED** extending the deadline for completion of discovery
13  on this matter until **August 8, 2008**, and extending the dispositive motion deadline until
14  **September 5, 2008.**

15  **IT IS FURTHER ORDERED** that no additional extensions of the discovery or
16  dispositive motion deadlines will be granted.

17  DATED this 21st day of July, 2008.

Stephen M. McNamee
United States District Judge