**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fairview Development Corporation, et al., ) | No. CV-07-337-PHX-SMM |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| Aztex Custom Homebuilders, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

Before the Court is the parties' Stipulation for Extension of Defendants' Reply on Motion for Summary Judgment (First Request) (Dkt. 92). Computer maintenance issues at Defendants counsel's firm prevent completion of the reply in a timely manner. Good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation for Extension of Defendants' Reply on Motion for Summary Judgment (First Request) (Dkt. 92).

**IT IS FURTHER ORDERED** that the last day for Defendants to file a reply on its motion for summary judgment is extended to **October 23, 2008.**

///

///

///

**IT IS FURTHER ORDERED** that all other provisions in the Scheduling Order dated September 24, 2007 (Dkt. 33) shall remain in effect.

DATED this 20th day of October, 2008.

Stephen M. McNamee
United States District Judge